01
02
03
04
05

06                     UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  RANDY S. DUFRESNE,                    )
                                          ) CASE NO. C12-5053-MAT
09         Plaintiff,                     )
                                          )
10         v.                             )
                                          ) ORDER STRIKING MOTION FOR
11  MICHAEL J. ASTRUE,                    ) SUMMARY JUDGMENT
    Commissioner of Social Security,      )
12                                        )
           Defendant.                     )
13  _____ )

14         Plaintiff filed a motion for summary judgment (Dkt. 14) on April 26, 2012.  However,

15  in Social Security cases in this district, the parties are routinely directed to follow the briefing

16  schedule established by the Court.   In this case, the Court issued the Briefing Scheduling Order

17  on April 10, 2012 (Dkt. 11), directing plaintiff to file an Opening Brief no later than May 9,

18  2012.  Because the motion for summary judgment triggers a separate series of deadlines from

19  those established in the Briefing Scheduling Order, the Court STRIKES plaintiff's summary

20  judgment motion (Dkt. 14).   Plaintiff may use his Memorandum (Dkt. 15) as his Opening Brief

21  or file a separate Opening Brief.  However if he chooses to file an Opening Brief by the

22  deadline of May 9, 2012, the Opening Brief must serve as a complete substitution for the

ORDER STRIKING MOTION FOR SUMMARY JUDGMENT
PAGE -1

Memorandum, not a supplement.  Defendant's Answering Brief is still due by June 6, 2012.

DATED this 27th day of April, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING MOTION FOR SUMMARY JUDGMENT
PAGE -2