UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY S. DUFRESNE, | ) |
| | ) CASE NO. C12-5053-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER STRIKING MOTION FOR |
| MICHAEL J. ASTRUE, | ) SUMMARY JUDGMENT |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff filed a motion for summary judgment (Dkt. 14) on April 26, 2012. However, in Social Security cases in this district, the parties are routinely directed to follow the briefing schedule established by the Court. In this case, the Court issued the Briefing Scheduling Order on April 10, 2012 (Dkt. 11), directing plaintiff to file an Opening Brief no later than May 9, 2012. Because the motion for summary judgment triggers a separate series of deadlines from those established in the Briefing Scheduling Order, the Court STRIKES plaintiff's summary judgment motion (Dkt. 14). Plaintiff may use his Memorandum (Dkt. 15) as his Opening Brief or file a separate Opening Brief. However if he chooses to file an Opening Brief by the deadline of May 9, 2012, the Opening Brief must serve as a complete substitution for the

Memorandum, not a supplement.   Defendant's Answering Brief is still due by June 6, 2012.

DATED this 27th day of April, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge